No. 04-01-00206-CV



IN THE BEST INTEREST AND PROTECTION OF G.W.





From the County Court, Kerr County, Texas


Trial Court No. 2001-022


Honorable Frederick Henneke, Judge Presiding



PER CURIAM


Sitting: Phil Hardberger, Chief Justice

 Tom Rickhoff, Justice

 Karen Angelini, Justice


Delivered and Filed: April 4, 2001


APPEAL DISMISSED


 Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of
service to appellee, who has not opposed the motions. Therefore, we grant the motion and dismiss
this appeal. See Tex. R. App. P. 42.1(a)(2). Costs of this appeal are taxed against appellant.

 PER CURIAM

DO NOT PUBLISH